People v Soberanis (2025 NY Slip Op 00058)

People v Soberanis

2025 NY Slip Op 00058

Decided on January 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 07, 2025

Before: Webber, J.P., Friedman, Mendez, Shulman, Rodriguez, JJ. 

SCI No. 698/19 Appeal No. 3422 Case No. 2019-03593 

[*1]The People of The State of New York, Respondent,
v
Ernesto Soberanis, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Noah Sherr Breslau of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Jonathan Sclar of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Tara Collins, J.), rendered May 7, 2019,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 7, 2025 
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.